# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2294
_____

SHANE MICHAEL BERGIN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

January 10, 2019


PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shane Michael Bergin, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.